FILED: July 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4044
(8:10-cr-00295-PJM-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NADER MODANLO, a/k/a Nader Modanlou, a/k/a Nader Modanlu

      Defendant - Appellant

_____

O R D E R

_____

The deadline for filing of transcript by Linda Marshall is extended to 08/18/2014 without sanctions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk