# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA      :

             **v.**                      :         **APPEAL NO. 14-4044**

NADER MODANLO,             :

       **Defendant**             :

**...oOo...**

## NOTICE RE: BRIEFING SCHEDULE

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and David I. Salem and Sujit Raman, Assistant United States Attorneys for said district, and notifies this Court that trial record will not be complete for an additional 30 days and thus that the Briefing Schedule for the above-captioned matter not be issued for 30 days, that is until November 5, 2014, to permit the United States to complete the record, including the preparation by the United States of a summary transcript of certain classified proceedings held before the District Court on April 29, 2014.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:     _____/s/_____
David I. Salem
Sujit Raman
Assistant United States Attorneys
6406 Ivy Lane, 8th Floor
Greenbelt, Maryland 20770
301-344-4433

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this 5th day of October 2014, a copy of the foregoing Notice was

filed electronically, with an electronic copy to counsel for Appellant:

**Kelly B. Kramer**, Esq.
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101


_____/s/_____
David I. Salem
Assistant United States Attorney

2