FILED: January 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4044

(8:10-cr-00295-PJM-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NADER MODANLO, a/k/a Nader Modanlou, a/k/a Nader Modanlu

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion filed by Joseph Minta to withdraw from further representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk